IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00891-RPM

BRIAN MILLER, PH.D.,

       Plaintiff,

v.

MARILYN MANCO-JOHNSON, M.D.,

       Defendant.

---

ORDER GRANTING MOTION TO AMEND COMPLAINT

---

Upon consideration of Plaintiff's Unopposed Motion to Amend Complaint, filed on September 30, 2005, it is

ORDERED that the motion is granted and the First Amended Complaint and Jury Demand tendered therewith is ordered filed.

Dated: October 3rd, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge