IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER: 2005-CV-891-RPM

BRIAN MILLER,

Plaintiff,

v.

MARILYN MANCO-JOHNSON and BRENDA RISKE,

Defendants.

---

### ORDER MODIFYING SCHEDULING ORDER

---

The Court, having considered the parties' Joint Motion to Modify the Scheduling Order in this matter, being fully advised on the request, and for good cause shown hereby Orders that the Scheduling Order in this case is modified to reflect the following changes:

    a. the current discovery cut-off is amended from February 15, 2006 to March 17, 2006.

    b. the current dispositive motion deadline is amended from March 15, 2006 to April 14, 2006.

Dated: 12-14-05   So Ordered,

Richard P. Matsch
United States District judge