IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  05-cv-00891-RPM

BRIAN MILLER, PH.D.,
    Plaintiff,

vs.

MARILYN MANCO-JOHNSON, M.D., and
BRENDA RISKE, R.N.
    Defendants.

_____

### ORDER RE: UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

THIS COURT, being advised in the Defendants' Unopposed Motion To Amend Scheduling Order,

Hereby GRANTS said Motion. The Scheduling Order shall be amended to allow preservation depositions of three CDC employees and one doctor from San Diego, to be taken following the discovery cutoff but before trial.

Dated: March 1, 2006

                                                                  s/Richard P. Matsch

                                              _____
                                              DISTRICT COURT JUDGE