IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  05-cv-00891-RPM

BRIAN MILLER, PH.D.,

      Plaintiff,

v.

MARILYN MANCO-JOHNSON, M.D., and
BRENDA RISKE, R.N.,

      Defendants.

_____

### ORDER RE: UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____
_____

      The Court, having reviewed Plaintiff's Unopposed Motion to Amend Scheduling Order in this matter and being fully advised on the issue, hereby GRANTS said motion. The depositions of Dr. Louis Aledort and Dr. Gary Cutter may be taken after discovery cut-off and before trial.

Dated: March 16, 2006           So Ordered:

                              s/Richard P. Matsch

                              _____

                              The Hon. Richard P. Matsch
                               United States District Court Judge