IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00891-RPM

BRIAN MILLER, PH.D.,

       Plaintiff,

v.

MARILYN MANCO-JOHNSON, M.D., and
BRENDA RISKE, R.N.,

       Defendants.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M.V. Wentz
 Secretary


     Plaintiff's Unopposed Motion for Leave to File a Sur-Reply Brief [Regarding New Supreme Court Case] in opposition to Defendants' Motion for Summary Judgment (Doc. #37) is granted.


DATED: July 10, 2006