IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-00891-RPM

BRIAN MILLER, PH.D.,
    Plaintiff,

v.

MARILYN MANCO-JOHNSON, M.D., and
BRENDA RISKE, R.N.
    Defendants.

_____

**ORDER RE:** UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S SUR-REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
_____

    **THIS COURT** being fully advised in <u>Defendants' Unopposed Motion for Leave</u> to File a Response to Plaintiff's Sur-Reply in Support of Defendants' Motion for Summary Judgment hereby:

    **GRANTS** said motion. The contemporaneously submitted <u>Defendants' Response to Plaintiff's Sur-Reply, and in Support of its Motion for Summary Judgment</u>, is deemed filed as of the date of this Order.

    DATED: July 21st, 2006

                                                    s/Richard P. Matsch
                                                  _____
                                                  United States District Court Judge